■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANDRE TOOLE, Appellant. [8 NYS3d 571]—Appeals having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Larry Stephen, J., at plea and sentencing), rendered on or about November 1, 2013, and a judgment of the Supreme Court, New York County (Larry Stephen, J., at plea; Robert Mandelbaum, J. at sentencing), rendered on or about March 17, 2014, said appeals having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentences not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Mazzarelli, J.P., Acosta, Renwick, Manzanet-Daniels and Feinman, JJ.